UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| Barry W. Purcell | : Case No.: 16-30001 |
| | : Chapter 13 |
| Debtor. | : Judge Alan C. Stout |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## RESPONSE TO OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES (DOCKET # 31)

Now comes Deutsche Bank National Trust Company, As Trustee for the Holders of the Vendee Mortgage Trust, 2011-1 ("Creditor"), by and through its mortgage servicing agent Bank of America, N.A., by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges filed by Barry W. Purcell ("Debtor") on August 3, 2016 at Docket # 31. Creditor states that the attorney fees listed in the Creditor's Notice of Post-petition Mortgage Fees, Expenses, and Charges are both reasonable and recoverable.

Bankruptcy Rule 3002.1 requires creditors to provide timely notice to debtors of any post-petition charges or payment changes. Rule 2003.1(c) expressly requires a claimant secured by a security interest in the debtor's principal residence and provided for under §1322(b)(5) to file a "notice itemizing all fees, expenses or charges (1) that were incurred in connection with the claim after the bankruptcy case was filed, and (2) that the holder asserts are recoverable against the debtor or against the debtor's principal residence."

The loan documents allow for recovery of attorney fees. Paragraph 9 of the Debtor's Mortgage, attached to the Creditor Proof of Claim filed as Claim #3, states that in the event of

16-000483_BAS

default or "there is a legal proceeding that may significantly affect Lender's rights in the property (such as a proceeding in bankruptcy, for condemnation or to enforce laws or regulations), then Lender may do and pay whatever is necessary to protect the value of the Property and Lender's rights in the Property." The attorney fees in Creditors Notice are within the scope of 3002.1 as they were incurred by the Creditor as a result of the default of the Debtor and the pending Bankruptcy Case and are recoverable as provided for the in loan documentation.

      WHEREFORE, Creditor respectfully requests that a hearing be set on the matter and that the objection be overruled.

      Respectfully submitted,

/s/ Amy E. Gardner
Amy E. Gardner (KBA #93532)
John R. Cummins (84631)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Amy E. Gardner.
Contact email is aeg@manleydeas.com

16-000483_BAS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202

William W. Lawrence, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202

Marc Levy, Attorney for Barry W. Purcell, 440 South 7th Street, #200, Louisville, KY  40203-1967, bankruptcy@mhlevylaw.com

and on the below listed parties by regular U.S. mail, postage prepaid on August  19, 2016:

Barry W. Purcell, 8018 Briarcliff Road, Louisville, KY  40219

Barry W. Purcell, 8018 Briarcliff Rd., Louisville, KY  40219

/s/ Amy E. Gardner

16-000483_BAS