UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Barry W. Purcell | : | Case No.: 16-30001 |
| | : | Chapter 13 |
| Debtor. | : | Judge Alan C. Stout |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## AGREED ORDER TO SETTLE OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE… (DOCKET # 31)

This matter having come before the Court on the Debtor's Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges of Deutsche Bank National Trust Company, As Trustee for the Holders of the Vendee Mortgage Trust, 2011-1, ("Creditor"), by and through its mortgage servicing agent Bank of America, N.A., filed as Docket Number 31, and Creditor's opposition thereto; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. Creditor shall amend the Notice of Post-petition Mortgage Fees, Expenses, and Charges filed July 14, 2016, within thirty (30) days of the date this order is entered to reflect attorney fees incurred in the total amount of $400.00 for the Proof of Claim, Plan Review and Plan Objection.

2. Debtor's Objection to Creditor's Notice of Post-Petition Mortgage Fees, Expenses and Charges is hereby withdrawn.

3. Both parties shall be responsible for paying their own legal fees and costs related to this Objection.

16-000483_BAS

*/s/ Alan C. Stout*

Alan C. Stout
United States Bankruptcy Judge

**IT IS SO ORDERED.**

Dated: September 14, 2016

Submitted by:

/s/ Amy E. Gardner

Amy E. Gardner (93532)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  aeg@manleydeas.com
Attorney for Creditor


/s/ Marc Levy
Marc Levy
440 South 7th Street
#200
Louisville, KY  40203-1967 Telephone: 502-583-5023
Fax:  502-589-9472
Email:  bankruptcy@mhlevylaw.com
Attorney for Debtor



Copies to:

   Amy E. Gardner, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028 Columbus, OH  43216-5028 (notified by ecf)

   Office of U.S. Trustee, Western District of Kentucky, Party of Interest, 601 West Broadway, #512, Louisville, KY  40202 (notified by ecf)

   William W. Lawrence, Chapter 13 Trustee, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY  40202 (notified by ecf)

   Marc Levy, Attorney for Debtor, 440 South 7th Street, #200, Louisville, KY  40203-1967 (notified by ecf)

   Barry W. Purcell
   Debtor, 8018 Briarcliff Road, Louisville, KY  40219 (notified by regular US Mail)

Barry W. Purcell, Debtor, 8018 Briarcliff Rd., Louisville, KY 40219
(notified by regular US Mail)